United States District Court
Southern District of Texas
**ENTERED**
September 14, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARIA ALCALA, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 1:22-CV-095 |
| § | |
| ALLSTATE VEHICLE AND PROPERTY § | |
| INSURANCE COMPANY, § | |
| § | |
| Defendant. | |

## ORDER

Plaintiff Maria Alcala filed a motion to remand this case. (Motion, Doc. 7) A United States Magistrate Judge recommends the denial of the Motion. (Report and Recommendation, Doc. 18) Alcala filed no objections to the Report and Recommendation. Instead, Alcala filed an Amended Complaint in which she concedes that the Court "has diversity jurisdiction because the parties are citizens of different States and the amount in controversy exceeds $75,000.00, exclusive of interests and costs." (Am. Compl., Doc. 25, ¶ 3)

Although Alcala no longer seeks the remand of this lawsuit, the Court has an obligation to ensure that it possesses subject matter jurisdiction. And although Alcala has filed an Amended Complaint, the Court considers the issue of subject matter jurisdiction based on the pleadings at the time of removal. As a result, the Court has reviewed the Original Petition and considered the applicable law. The Court agrees that diversity jurisdiction exists, for the reasons explained in the Report and Recommendation.

As a result, the Court **ADOPTS** the Report and Recommendation (Doc. 18). It is:

**ORDERED** that Plaintiff Maria Alcala's Motion to Remand (Doc. 7) is **DENIED**.

Signed on September 14, 2022.

_Fernando Rodriguez, Jr._
Fernando Rodriguez, Jr.
United States District Judge