United States District Court
Southern District of Texas
**ENTERED**
August 16, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARIA ALCALA, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 1:22-CV-095 |
| § | |
| ALLSTATE VEHICLE AND PROPERTY § | |
| INSURANCE COMPANY, § | |
| § | |
| Defendant. § | |

## ORDER ADOPTING REPORT & RECOMMENDATION

Plaintiff Maria Alcala sued Defendant Allstate Vehicle and Property Insurance Company after a storm allegedly damaged her home. (Orig. Pet., Doc. 1–1, 2)  The insurance contract provided for an appraisal process to resolve the amount of any loss. (See Joint Mot. To Abate, Doc. 31)  At the conclusion of the appraisal process, Allstate paid Alcala for the assessed property damage as well as all statutory interest. (*See* Appraisal Checks, Doc. 60–5)  Allstate filed a motion for summary judgment, asserting that none of Alcala's extracontractual claims survived after the parties completed the appraisal process. (MSJ, Doc. 60)  Alcala did not file a response.

A United States Magistrate Judge recommends that the Court grant the Motion for Summary Judgment. (R&R, Doc. 72)  No party filed objections to the Report and Recommendation, and the Court finds no clear error within it.  Accordingly, it is:

**ORDERED** that the Report and Recommendation (Doc. 72) is **ADOPTED**;

**ORDERED** that Defendant's Motion for Partial Summary Judgment (Doc. 60) is **GRANTED**; and

**ORDERED** that summary judgment is **GRANTED** in favor of Allstate Vehicle and Property Insurance Company as to all remaining claims alleged by Plaintiff Maria Alcala.

The Court will separately issue a final judgment.

Signed on August 16, 2024.

_____
Fernando Rodriguez, Jr.
United States District Judge